UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW BRYAN SLAUGHTER,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:22-cr-00089

**ORDER OF DETENTION**

Defendant appeared before this Court on July 5, 2022 for a bond hearing. At the hearing, Defendant requested additional time to submit letters of support, which was granted. On July 8, 2022, Defendant electronically filed the letters with the Court, which have been reviewed. While it is laudable that Defendant has extensive family support, on a review of the record, the Court finds that Defendant has not rebutted the presumption applicable in this case that no condition or combination of conditions will reasonably assure the safety of the community.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on July 11, 2022.

                                              /s/ Sally J. Berens
                                              SALLY J. BERENS
                                              U.S. Magistrate Judge